**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**KATHERINE B., a juvenile,
Defendant—Appellant.**

**No. 04–30086.
D.C. No. CR–03–00097–SEH.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Oct. 25, 2004.

Carl E. Rostad, Esq., Great Falls, MT, for Plaintiff–Appellee.

Michael Donahoe, Esq., Helena, MT, for Defendant–Appellant.

Before KLEINFELD, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM **

Katherine B. appeals her adjudication as a juvenile delinquent and the subsequent sentence imposed of 12 months in detention followed by a term of juvenile supervision until her 21st birthday. We have jurisdiction pursuant to 18 U.S.C. § 3742(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Katherine B.'s counsel has submit-

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

ted a brief stating that he has found no meritorious issues for review, together with a motion to withdraw as counsel of record. Appellant did not file a supplemental pro se brief, and the government did not file a brief.

Our consideration of counsel's brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief. Accordingly, counsel's motion to withdraw is GRANTED, and the district court's adjudication of juvenile delinquency is AFFIRMED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

